UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Nissa Sale,  Civil 12-1955 PJS/FLN

    Plaintiff,

v.  O R D E R

CRS Associates, Inc.,

    Defendant.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated January 4, 2013, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that this case is dismissed for lack of prosecution.


DATED: 01/24, 2013.      s/Patrick J. Schiltz
at Minneapolis, Minnesota      JUDGE PATRICK J. SCHILTZ
    United States District Court